1  George M. Kraw (California Bar No. 71551)
2  Katherine McDonough (California Bar No. 241426)
   Jessica N. Melgar (California Bar No. 311575)
3  Kraw Law Group, APC
4  605 Ellis Street, Suite 200
   Mountain View, California 94043
5  Telephone: 650-314-7800
6  Facsimile:  650-314-7899
   gkraw@kraw.com
7  kmcdonough@kraw.com
8  jmelgar@kraw.com

9  Attorneys for:

10 Writers' Guild-Industry Health Fund; and
   Board of Trustees, Writers' Guild-Industry Health Fund

# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| WRITERS' GUILD-INDUSTRY HEALTH FUND; BOARD OF TRUSTEES OF THE WRITERS GUILD-INDUSTRY HEALTH FUND,<br><br>Plaintiffs,<br><br>v.<br><br>CHARLES DENNIS,<br><br>Defendant. | Case No.: 2:19-cv-02367-CBM-RAOx<br><br>**ORDER GRANTING STIPULATION FOR ENTRY OF JUDGMENT  [JS-6]** |

The Court, having read and considered the *STIPULATION FOR ENTRY OF JUDGMENT* filed by the parties on May 21, 2019 and by agreement of the parties and good cause appearing, the Court hereby grants the Stipulation for Entry of Judgment.

ORDER – 1
CASE NO.: 2:19-CV-02367-CBM-RAO

Pursuant to the stipulation of the parties, Judgment is hereby entered against Defendant, Charles Dennis, as set forth in the *Stipulation for Entry of Judgment* filed on May 21, 2019.

**IT IS SO ORDERED.**

Dated: May 23, 2019

_____
Honorable Consuelo B. Marshall
United States District Judge